[No. 7787–6–II.   Division Two.   July 30, 1986.]

GARY M. KAAS, ET AL, *Respondents*, V. DONALD
E. WILLIAMS, ET AL, *Appellants*.

Appeal from a judgment of the Superior Court for Clallam County, No. 29426, Grant S. Meiner, J., entered April 19, 1984. *Reversed* by unpublished opinion per Petrich, J., concurred in by Worswick, C.J., and Reed, J.

[No. 7511–3–II.   Division Two.   July 30, 1986.]

JAMES D. LAFOUNTAINE, ET AL, *Respondents*, V. JOE
L. HERRERA, JR., ET AL, *Appellants*.

Appeal from a judgment of the Superior Court for Kitsap County, No. 81–2–01163–4, James I. Maddock, J., entered December 29, 1983. *Reversed* and *remanded* by unpublished opinion per Petrich, J., concurred in by Worswick, C.J., and Alexander, J.

[No. 7879–1–II.   Division Two.   July 30, 1986.]

THE STATE OF WASHINGTON, *on the Relation of Joan
Parks, Respondent*, V. BARRY S. SIMMONS,
*Appellant*.

Appeal from a judgment of the Superior Court for Thurston County, No. 83–3–01209–1, Carol A. Fuller, J., entered May 21, 1984. *Affirmed in part* and *vacated in part* by unpublished opinion per Reed, J., concurred in by Worswick, C.J., and Petrich, J.